## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY<br>IN AMERICA<br>1802 Vernon Street NW<br>PMB 2095<br>Washington, D.C. 20009,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE<br>1155 Defense Pentagon<br>Washington, D.C. 20301-1155,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:25-cv-500<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of Defense ("DOD") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel DOD's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

1

actions of their government and its officials that impact their safety; peace and security; democracy civil rights, and civil liberties; and privacy.

5.      Defendant DOD is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DOD has possession, custody, and control of records responsive to Plaintiff's FOIA request.

### STATEMENT OF FACTS

6.      On June 6, 2024, CASA submitted a FOIA request to DOD regarding the 13th annual Lesbian, Gay, Bisexual, Transgender, Questioning/Queer, and Intersex+ community (LGBTQIA) Pride event at the Pentagon (attached as Exhibit A) ("DOD request").

7.      The DOD acknowledged the request the same day, assigned the request #24-F-1375, and updated the status to "Received" (attached as Exhibit B).

8.      Other than these initial acknowledgements of receipt, CASA has received no further communication related to either its DOD FOIA request.

9.      DOD has still not made any determinations with regard to CASA's FOIA's request despite over 250 days having elapsed. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOD has not produced responsive documents to CASA, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed CASA of its ability to appeal any adverse portion of its determinations.

10.     DOD has thus violated its FOIA obligations.

11.     Because DOD has failed to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I – DOD Request #24-F-1375

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

12. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

13. CASA's DOD request was a properly submitted request for records within the possession, custody, and control of DOD.

14. DOD is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

15. DOD is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

16. DOD's failure to provide all non-exempt responsive records violates FOIA.

17. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring DOD to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

### REQUESTED RELIEF

Plaintiff CASA respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until DOD complies with the requirements of FOIA and any and all orders of this Court.

B) Order DOD to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

C) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

D) Grant CASA other such relief as the Court deems just and proper.

Dated: February 20, 2025

Respectfully submitted,

CENTER TO ADVANCE SECURITY IN AMERICA

By Counsel:
/s/ Karin M. Sweigart

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Counsel for the Plaintiff*